## Spurgeon v. Central Iron and Steel Company et al.

[No. 3,501. Filed April 11, 1902.]

From Clay Circuit Court; *S. M. McGregor,* Judge.

Action by Lydia Spurgeon against The Central Iron and Steel Company and others for damages for obstructing a street. From a judgment for defendants, plaintiff appeals. *Reversed.*

*E. S. Holliday* and *F. A. Horner,* for appellant.
*G. A. Knight,* for appellees.

Wiley, J.—Appellant was plaintiff below, and her complaint is a duplicate of the complaint in the case of *O'Brien* v. *Central Iron and Steel Co.,* 63 N. E. 302, decided by the Supreme Court, March 18, 1902, except as to descriptions of real estate.

A demurrer to her complaint was sustained, and, refusing to plead further, judgment was rendered against her for costs.

Upon the authority of the O'Brien case, it must be held that the complaint states a cause of action, and that the court erred in sustaining the demurrer to it.

The judgment is reversed, and the court below is directed to overrule the demurrer to the complaint.

---

## Decisions Per Curiam Affirmed Without Opinions.

Kinsey et al. v. Boyce. No. 3,744. Decided May 17, 1901. Rehearing denied November 26, 1901. Transfer denied January 17, 1902. From Marion Circuit Court; *H. C. Allen*, Judge. Appeal by defendants. *A. G. Smith* and *C. A. Korbly,* for appellants. *W. A. Pickens, L. A. Cox, S. W. Kahn* and *C. L. Medsker,* for appellee.

Moon et al. v. Pittsburgh Plate Glass Company. No. 3,714. Decided June 18, 1901. Rehearing denied October 23, 1901. Transfer denied January 17, 1902. From Howard Superior Court; *H. Brownlee,* Judge. Appeal by plaintiffs. *F. E. Gavin, T. P. Davis, J. L. Gavin* and *B. C. Moon,* for appellants. *J. C. Blacklidge, C. C. Shirley, C. Wolf, M. Bell* and *W. C. Purdum,* for appellee.

Carlin et al. v. Leary. No. 3,481. Decided October 22, 1901. Rehearing denied January 7, 1902. Transfer denied February 5, 1902. From Marion Circuit Court; *H. C. Allen,* Judge. Appeal by plaintiffs. *F. F. Moore,* for appellants. *E. P. Ferris* and *W. W. Spencer,* for appellee.

Casto v. Casto. No. 3,772. Decided June 4, 1901. Rehearing denied October 23, 1901. Transfer denied February 7, 1902. From Vigo Circuit Court; *S. C. Stimson,* Judge. Appeal by defendant. *G. M. Crane, D. V. Miller* and *A. L. Miller,* for appellant. *I. N. Pierce, S. R. Hamill* and *D. C. Slocum,* for appellee.

Davis et al. v. Davis. No. 3,737. Decided October 8, 1901. Rehearing denied January 10, 1902. Transfer denied February 7, 1902. From Madison Circuit Court; *J. F. McClure,* Judge. Appeal by defendants. *F. A. Walker* and *F. P. Foster,* for appellants. *T. Bagot, A. Ellison* and *C. K. Bagot,* for appellee.

Wallace et al. v. Rhodes. No. 4,032. Decided February 21, 1902. From Marion Circuit Court; *H. C. Allen,* Judge. Appeal by plaintiff. *S. A. Haas,* for appellants. *D. A. Meyers,* for appellee.